FILED

IN THE UNITED STATES
DISTRICT COURT
MIDDLE DISTRICT OF
FLORIDA
OCALA, FLORIDA

2018 JUL 27 PM 3: 53

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

STATE OF FLORIDA,

Plaintiff,

v.

FRANK JEFFERSON VREEN IV

aka Frank Jefferson Vreen IV, El,

UNITED STATES OF AMERICA REPUBLIC

5:18 CV-388.OC-30PRL

Defendants.

Case No. Civ 602018CF000579CFAXMX

## DEFENDANTS' RESPONSE TO CRIMINAL CHARGES AND COUNTERCLAIM FOR DAMAGES

### ANSWER

Defendants FRANK JEFFERSON VREEN IV, aka Frank Jefferson Vreen IV, El and the

UNITED STATES OF AMERICA REPUBLIC answer Criminal charges for the above-

mentioned case as follows:

1. Deny

2. Deny

3. Deny

4. Deny

5. Deny

6.  Deny

7.  Deny

8.  Deny

9.  Deny

10. Deny

## DEFENSE

FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El,

11.  never acted with intent to create a state of danger or fear on a law officer, never gave any belief that he would do harm to a law officer, never presented any physical danger to a law officer, nor conducted himself in a manner that presented future threats towards a law officer. There is no eye-witness outside of Trooper Nicholas Dolan and a lack of evidence by the prosecution.

12. is a National Citizen of THE UNITED STATES OF AMERICA REPUBLIC by oath and contractual obligation, not under the jurisdiction of the United States of America, with a driver license and proper identification issued by his State.

13. pulled over immediately once engaged by FLORIDA HIGHWAY PATROL (FHP) OFFICER NICHOLAS DOLAN, placed his vehicle in park and turned off the engine. FRANK JEFFERSON VREEN IV aka Frank Jefferson Vreen IV, El contacted THE UNITED STATES OF AMERICA REPUBLIC, his State Government who began recording the encounter.

14. presented valid identification in the form of a state issued driver license and vehicle registration from THE UNITED STATES OF AMERICA REPUBLIC, his State Government.

15. attempted to call 911 because of (FHP) OFFICER NICHOLAS DOLAN'S demeanor, hostile attitude and abrasive behavior after FRANK JEFFERSON VREEN IV aka Frank Jefferson Vreen IV, El, stated that he felt threatened and uncomfortable and wanted a supervisor on the scene.

16. complied peaceably without resisting after asking for the presence of a supervisor, that could be clearly heard on the (FHP) body camera, cruiser camera, as well as on the audio recording made by THE UNITED STATES OF AMERICA REPUBLIC.

17. was in possession of a small amount of Medical Marijuana, (less than 20 grams) he does not reside in the State of Florida, he is domiciled in the Province of Florida as he is a National of The United States of America Republic (U.S.A.R.) by oath and allegiance and contractual obligation and is not under the jurisdiction of the United States of America. The published Constitution for the United States of America Republic ARTICLE XI PERSONAL USE OF MARIJUANA clearly states that the following acts listed in sections (a.)

   a. Possessing, using, displaying, purchasing, or transporting marijuana accessories or one ounce or less marijuana.

   is not unlawful and shall not be an offense under the United States of America Republic or the law of any locality within the Provinces of the United States of America Republic or be a basis for seizure or forfeiture of assets under the United States of America Republic Laws from persons twenty-one (21) years of age or older.

18. was in possession of a small amount of Medical Marijuana, he does not reside in

the State of Florida, he is domiciled in the Province of Florida, he is a National of

The United States of America Republic (U.S.A.R.) by oath, allegiance and

contractual obligation and is not under the jurisdiction of The United States of

America. The published Constitution for the United States of America Republic

ARTICLE XI PERSONAL USE OF MARIJUANA clearly states that the

following acts listed in sections (a.)

   a. Possessing, using, displaying, purchasing, or transporting marijuana

      accessories or one ounce or less marijuana.

is not unlawful and shall not be an offense under the United States of America

Republic or the law of any locality within the Provinces of the United States of

America Republic or be a basis for seizure or forfeiture of assets under the United

States of America Republic Laws from persons twenty-one (21) years of age or

older.

19. canceled his contract with regard to his Florida issued driver license when he left

    the jurisdiction of the STATE OF FLORIDA in good standing and obtained a

    driver license (Exhibit N) issued by THE UNITED STATES OF AMERICA

    REPUBLIC, his State Government.

20. presented (FHP) OFFICER NICHOLAS DOLAN a valid motor vehicle

    registration issued (Exhibit M) by THE UNITED STATES OF AMERICA

    REPUBLIC, his State Government.

WHEREFORE, FRANK JEFFERSON VREEN IV aka Frank Jefferson Vreen IV, El, and the UNITED STATES OF AMERICA REPUBLIC respectfully request that this court,

I. Enter judgment in favor of FRANK JEFFERSON VREEN IV aka Frank Jefferson Vreen IV, El, on each count in the Plaintiff's complaint;

II. Dismiss the Plaintiff's complaint with prejudice, for lack of subject and personal jurisdiction, improper venue, insufficient process, insufficient service of process, failure to state a claim upon which relief can be granted and failure to join a party under Rule 19 and diversity of citizenship,

III. Grant FRANK JEFFERSON VREEN, IV such other and further relief as clearly expressed in the U.S.A.R. Fee Schedule.

## COUNTERCLAIM

Defendant's FRANK JEFFERSON VREEN IV, aka Frank Jefferson Vreen IV, El and the UNITED STATES OF AMERICA REPUBLIC hereby asserts the following Counterclaim against the STATE OF FLORIDA for violation of laws of THE UNITED STATES OF AMERICA REPUBLIC CONSTITUTION (USRC).

1. Fraud and False Statements (USRC Title 1, Section 1001) in the amount of $10,000; Conspiracy (USCR Title 1, USC 154) $5,000

2. Deprivation (USRC Title 1, Section 153) in the amount of $5,000; Discrimination (Title 1, Section 150A) $10,000; Conspiracy (USRC Title 1, Section USC 154) $5,000

3. Fraud and False Statement (USRC Title 1 Section 1001) in the amount of $10,000

4. Fraud and False Statements (USRC Title 1, Section 1001) in the amount of $10,000; Conspiracy (USCR Title 1, USC 154) $5,000

5. Fraud and False Statements (USRC Title 1, Section 1001) in the amount of $10,000; Conspiracy (USCR Title 1, USC 154) $5,000

6. Fraud and False Statements (USRC Title 1, Section 1001) in the amount of $10,000; Conspiracy (USCR Title 1, USC 154) $5,000

7. Fraud and False Statements (USRC Title 1, Section 1001) in the amount of $10,000; Conspiracy (USCR Title 1, USC 154) $5,000; Deprivation (USRC Title 1, Section 153) in the amount of $5,000; Discrimination (Title 1, Section 150A) $10,000; Conspiracy (USRC Title 1, Section USC 154) $5,000

8. Fraud and False Statements (USRC Title 1, Section 1001) in the amount of $10,000; Conspiracy (USCR Title 1, USC 154) $5,000; Deprivation (USRC Title 1, Section 153) in the amount of $5,000; Discrimination (Title 1, Section 150A) $10,000; Conspiracy (USRC Title 1, Section USC 154) $5,000

9. Extortion (USRC Title 1, Section 892) $10,000; Fraud and False Statements (USRC Title 1, Section 1001) in the amount of $10,000; Conspiracy (USCR Title 1, USC 154) $5,000; Deprivation (USRC Title 1, Section 153) in the amount of $5,000; Discrimination (Title 1, Section 150A) $10,000; Conspiracy (USRC Title 1, Section USC 154) $5,000

10. Extortion (USRC Title 1, Section 892) $10,000; Fraud and False Statements (USRC Title 1, Section 1001) in the amount of $10,000; Conspiracy (USCR Title 1, USC 154) $5,000; Deprivation (USRC Title 1, Section 153) in the amount of $5,000; Discrimination (Title 1, Section 150A) $10,000; Conspiracy (USRC Title

1, Section USC 154) $5,000

11. Unlawful Seizure of Property (4th Amendment violation) $250,000; Deprived of property without Due Process of Law (4th Amendment violation) $250,000

12. Racketeering $1,000,000 X 8; Denationalization $5,000,000; Capture of U.S.A.R. Vessel $5,000,000; Taking of Moorish Nationals as Hostages $5,000,000; Use of Slave Brands and Names $1,000,000

13. Totaling 19,755,000.00

### Parties

1. STATE OF FLORIDA is a corporation organized under the laws of Florida with a place of business in Bushnell, Florida.

2. FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El is a National/Citizen of UNITED STATES OF AMERICA REPUBLIC is a governmental corporation entity organized under the laws of Indiana with a principal place of business in Indiana.

### Background

3. FRANK JEFFERSON VREEN, IV, aka Frank Jefferson Vreen IV, El is a National/Citizen of UNITED STATES OF AMERICA REPUBLIC that is engaged in the business of operating a government that is a Divine and National movement.

4. FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El has been a National of U.S.A.R. since November 13, 2017 domiciled in the Province of Florida that has been issued a Certificate of Authority to transact business in the State of Florida.

**Facts Concerning Plaintiff's Breach of Contract**

5.  On or about June 1, 2017 UNITED STATES OF AMERICA REPUBLIC and the
    State of Florida entered into a contract by the issuance of a Certificate of Authority
    to transact commercial business from Ken Detzner, Florida Secretary of State,
    which set forth the rights and obligations of the parties.

6.  ARTICLE VII Section 1 of the Articles of Amendment of THE UNITED
    STATES OF AMERICA REPUBLIC, which was filed with the SECRETARY OF
    STATE OF FLORIDA upon application, state, "The State Government shall have
    power and authority to issue identification documents, passports, driver licenses,
    license plates, vehicle registrations, birth certificates, business licenses, work
    permits, and visas, certificates and certificates of title, deeds, accreditations, issue
    seals, social security cards, building permits, corporate charters etc.; Power to
    certify, authenticate documents issued by its Secretary of State and its officers; To
    provide Nationals and citizens of the UNITED STATES OF AMERICA
    REPUBLIC with identification(s) document or documents from lawful authority. It
    also states, the UNITED STATES OF AMERICA REPUBLIC shall be the sole
    lawful authority for issuing identification documents and certification,
    authentication for its Nations and Citizens of the UNITED STATES OF
    AMERICA REPUBLIC and shall have the power to produce, transfer, register,
    record any and all documents mentioned above. UNITED STATES OF
    AMERICA REPUBLIC shall remain the lawful authority to issue its National
    identification that constitutes a National driver license, National State
    identification and National license plates; the UNITED STATES OF AMERICA

REPUBLIC'S constitution and laws thereof, shall remain superior to any applicable State of local law regarding its Nationals and citizens". NOTICE TO PRINCIPLE IS NOTICE TO AGENT, AND NOTICE TO AGENT IS NOTICE TO PRINCIPLE.

7. Pursuant to the Certificate of Authority issued by the STATE OF FLORIDA, the Plaintiff agreed to the activities specifically set forth in the Certificate of Amendment of UNITED STATES OF AMERICA REPUBLIC.

8. Pursuant to UNITED STATES OF AMERICA REPUBLIC conducting commercial business as a state government operating within the boundaries of its charter and Florida Title XXIII MOTOR VEHICLES Chapter 322, 322.04 (1) Persons exempt from obtaining driver license. (d) A nonresident who is at least 18 years of age and who has in his or her immediate possession a valid noncommercial driver license issued to the nonresident in his or her home state or country operating a motor vehicle, other than a commercial motor vehicle, in this state.

9. On or about May 24, 2018 FRANK JEFFERSON VREEN, IV was stopped by FHP Officer Nicholas Dolan for allegedly having no license tag plate, detained for allegedly giving a false identification, and ultimately arrested for aggravated assault among other charges.

## Counterclaim-Declaratory Judgment

10. FRANK JEFFERSON VREEN, IV aka, Frank Jefferson Vreen, IV, El and U.S.A.R. by reference the allegation contained in paragraph 1-10 of this

Counterclaim as if fully set forth herein.

11. Pursuant to the Federal Declaratory Judgment Act, 28 USC §2201, FRANK JEFFERSON VREEN, IV and U.S.A.R. seek a determination of the charges claimed, the STATE OF FLORIDA to recognize the authority of U.S.A.R. and the breach of contract by the STATE OF FLORIDA. NOTICE TO PRINCIPLE IS NOTICE TO AGENT, AND NOTICE TO AGENT IS NOTICE TO PRINCIPLE.

12. An actual controversy has arisen between FRANK JEFFERSON VREEN IV, aka Frank Jefferson Vreen IV, El, UNITED STATES OF AMERICA REPUBLIC and the STATE OF FLORIDA, as a result of the STATE OF FLORIDA filing charges against a U.S.A.R. National not under their jurisdiction.

13. FRANK JEFFERSON VREEN, IV. and U.S.A.R. contend that the STATE OF FLORIDA has breached the contract between the parties by moving forward under a false presumption of jurisdiction after being notified of the diversity of citizenship. Filing of the charges against FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen, IV, El is an interference of the inner workings of a corporation who has a certificate of authority to conduct commercial business

14. FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El and the UNITED STATES OF AMERICA REPBLIC seeks a declaration that such action by the STATE OF FLORIDA to bring these types of charges against a U.S.A.R. National is a breach of the Certificate of Authority and violates THE UNITED STATES OF AMERICA REPUBLIC CONSTITUTION.

## Counterclaim-Breach of Contract

15. FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El and UNITED STATES OF AMERICA REPUBLIC by reference the allegation contained in paragraph 1-10 of this Counterclaim as if fully set forth herein.

16. FRANK JEFFERSON VREEN, IV U.S.A.R. and the STATE OF FLORIDA entered into a contract via the Certificate of Authority issued by STATE OF FLORIDA, NOTICE TO PRINCIPLE IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPLE.

17. FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El and UNITED STATES OF AMERICA REPUBLIC has been damaged as a direct and proximate result of the STATE OF FLORIDA'S breach of contract.

18. WHEREFORE, based on the foregoing, FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El and UNITED STATES OF AMERICA REPUBLIC respectfully request that this court:

    I.    Enter a declaration that certifying charges against any UNITED STATES OF AMERICA NATIONAL CITIZEN IS has no legal standing for lack of jurisdiction and is a breach of contract.

    II.    Enter judgement for FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El and UNITED STATES OF AMERICA REPUBLIC on its count for Breach of Contract by the STATE OF FLORIDA;

    III.    Award FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El and UNITED STATES OF AMERICA REPUBLIC

material damages in the amount of $19,755,000.00, and all cost arising out of this matter;

IV.    Award FRANK JEFFERSON VREEN, IV aka Frank Jefferson Vreen IV, El and the UNITED STATES OF AMERICA REPUBLIC such other relief as this court deems just and appropriate.

## JURY DEMAND

FRANK JEFFERSON VREEN IV aka Frank Jefferson Vreen IV, El and the UNITED STATES OF AMERICA REPUBLIC request a trial by jury on its above counterclaim.

Dated this 25th day of July 2018

Respectfully submitted,

FRANK JEFFERSON VREEN, IV

By:    _____
ERIC-INGRAM: BEY,
U.S.A.R. ASST. ATTORNEY
GENERAL

Harvetta A. Lassiter Bey
Attorney General, Province of Virginia
United States of America Republic
P.O. Box 436885
Chicago, Illinois [60643]
757-230-8484

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Defendant's Response to Criminal Charges and Defendant's Counterclaim for Damages** has been furnished to Ms. Keisha Cason, Prosecuting Attorney, Fifth Circuit State Attorney's Office via **Certified Mail Return Receipt #EM 058540976 US** and via electronic delivery to **(352) 569-6651**, and to the Sumter County Circuit Court Clerk, Gloria R. Hayward via electronic delivery to **(352) 569-6987** and via **Certified Mail Return Receipt #EM 058540945 US** this the 25th day of July 2018.

Respectfully submitted,

FRANK JEFFERSON VREEN, IV

By: _Eric Ingram Bey_

ERIC-INGRAM: BEY,
U.S.A.R. ASST. ATTORNEY
GENERAL

Harvetta A. Lassiter Bey
Attorney General, Province of Virginia
United States of America Republic
P.O. Box 436885
Chicago, Illinois [60643]
757-230-8484